DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MERLE J. STOKES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-945

[March 6, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Dan L. Vaughn, Judge; L.T. Case No. 561991CF000970A.

Diamond R. Litty, Public Defender, and Usha Maharajh, Assistant Public Defender, Stuart, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and James J. Carney, Assistant Attorney General, West Palm Beach, for appellee.

***ON MOTION FOR REHEARING***

PER CURIAM.

We grant appellant's motion for rehearing and withdraw our opinions dated January 9, 2019, and February 22, 2017.[1]

As to appellant's life sentence for murder with eligibility for parole after 25 years on Count I, we affirm. *See Franklin v. State,* 258 So. 3d 1239 (Fla. 2018); *State v. Michel,* 257 So. 3d 3 (Fla. 2018).

As to appellant's consecutive life sentences for the non-homicide offenses on Counts II and III, we reverse and remand for resentencing pursuant to the sentencing provisions enacted in Chapter 2014–220, Laws of Florida. *Lawton v. State,* 181 So. 3d 452 (Fla. 2015).

---

[1] Because we are issuing a new opinion, the February 3 and March 27, 2017 stays of mandate from our prior opinion are now moot.

As to appellant's consecutive 30-year sentence for aggravated battery on a person over 65 years of age on Count IV, we affirm based on *Hart v. State*, 246 So. 3d 417 (Fla. 4th DCA 2018) (en banc). As we did in *Hart*, we again certify conflict with *Cuevas v. State*, 241 So. 3d 947 (Fla. 2d DCA 2018); *Blount v. State*, 238 So. 3d 913 (Fla. 2d DCA 2018); *Mosier v. State*, 235 So. 3d 957 (Fla. 2d DCA 2017); *Alfaro v. State*, 233 So. 3d 515 (Fla. 2d DCA 2017); and *Burrows v. State*, 219 So. 3d 910 (Fla. 5th DCA 2017).

*Affirmed in part; reversed in part.*

GROSS, MAY and LEVINE, JJ., concur.

\*          \*          \*

2